Amrane Cohen, Chapter 13 Trustee
770 The City Drive South, Suite 3300
Orange, CA 92868
Phone (714) 621-0200
Fax   (714) 621-0277

**United States Bankruptcy Court**
**Central District of California**

|  |  |
|---|---|
|  | ) Chapter 13 |
| RICHARD W THOMPSON | ) Case No.: 8:06-bk-10242-RK |
|  | ) **NOTICE OF UNCLAIMED DIVIDEND** |
|  | ) **(Bankruptcy Rule 3011)** |

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

Please find annexed hereto Check No. **301143** in the sum of **$ 24.96** representing an unclaimed dividend in the above-entitled Debtor's estate. Said sum is paid over to you pursuant to Bankruptcy Rule 3011 . The name and address of the party entitled to said unclaimed dividend is as follows:

    CITIBANK
    C/O; PERFORMANCE CAPITAL MANAG
    222 SOUTH HARBOR BLVD STE 400
    ANAHEIM, CA 92805

Date: September 10, 2011        __/S/_____
                                Amrane Cohen, Chapter 13 Standing Trustee

1

| Case No. | Debtor Name(s) | | SSN | Payment Amount | Interest Payment | Principal Payment |
|---|---|---|---|---|---|---|
| 0610242 | RICHARD W THOMPSON<br>ACCT: 1776233 | Claim: 00013 | XXX-XX-9079 | 24.96 | 0.00 | 24.96 |
| | | TOTALS | | 24.96 | 0.00 | 24.96 |

RICHARD W THOMPSON

BALANCE:  [0.00  33/00013]
SSN: XXX-XX-9079    SSN:
ACCT: 1776233    CASE: 0610242
PRINCIPAL:    24.96    INTEREST:    0.00

---

DO NOT ACCEPT THIS CHECK UNLESS YOU CAN SEE A DUAL-TONE TRUE WATERMARK THAT APPEARS AS CONNECTING PENTAGONS WHEN HELD TO THE LIGHT AND "AMRANE COHEN" APPEARS WHEN VIEWED AT AN ANGLE.

**AMRANE COHEN**
**CHAPTER 13 TRUSTEE**
CHAPTER 13 TRUSTEE
PO BOX 809
ORANGE, CA  92856

SUNTRUST
800-786-8787

64-79
611

0301143

Aug 22, 2011

VOID 90 DAYS FROM DATE

********$24.96

**PAY**  Twenty Four And 96 / 100 Dollars

**TO THE ORDER OF**  U.S. BANKRUTCY COURT (FISCAL DEPT.)
255 E. TEMPLE STREET
LOS ANGELES, CA  90012

⑆0301143⑆ ⑈061100790⑈ 000000575186 2⑈

THE FACE OF THIS CHECK HAS A BLUE BACKGROUND – ANY OTHER COLORS MAY BE EVIDENCE OF CHEMICAL ALTERATION OR ERASURE – SEE REVERSE SIDE FOR MORE SAFETY FEATURES.