Amrane Cohen, Chapter 13 Trustee
770 The City Drive South, Suite 3300
Orange, CA 92868
Phone (714) 621-0200
Fax    (714) 621-0277

**United States Bankruptcy Court**
**Central District of California**

|  |  |
|---|---|
| RICHARD W THOMPSON | ) Chapter 13 <br> ) <br> ) Case No.: 8:06-bk-10242-RK <br> ) <br> ) **NOTICE OF UNCLAIMED DIVIDEND** <br> ) **(Bankruptcy Rule 3011)** <br> ) <br> ) <br> ) <br> ) |

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

Please find annexed hereto Check No. **301079** in the sum of **$113.61** representing an unclaimed dividend in the above-entitled Debtor's estate. Said sum is paid over to you pursuant to Bankruptcy Rule 3011 .  The name and address of the party entitled to said unclaimed dividend is as follows:

    CITIBANK
    C/O; PERFORMANCE CAPITAL MANAG
    222 SOUTH HARBOR BLVD STE 400
    ANAHEIM, CA 90240

Date: September 10, 2011            __/S/_____
                                    Amrane Cohen, Chapter 13 Standing Trustee

1

| Case No. | Debtor Name(s) | | SSN | Payment Amount | Interest Payment | Principal Payment |
|---|---|---|---|---|---|---|
| 0610242 | RICHARD W THOMPSON<br>ACCT: 1776233 | Claim: 00013 | XXX-XX-9079 | 113.61 | 0.00 | 113.61 |
| | | TOTALS | | 113.61 | 0.00 | 113.61 |

RICHARD W THOMPSON

BALANCE:              [0.00 33/00013]
SSN: XXX-XX-9079  SSN:
ACCT: 1776233           CASE: 0610242
PRINCIPAL:      113.61   INTEREST:      0.00

DO NOT ACCEPT THIS CHECK UNLESS YOU CAN SEE A DUAL-TONE TRUE WATERMARK THAT APPEARS AS CONNECTING PENTAGONS WHEN HELD TO THE LIGHT AND "AMRANE COHEN" APPEARS WHEN VIEWED AT AN ANGLE.

**AMRANE COHEN**
**CHAPTER 13 TRUSTEE**
CHAPTER 13 TRUSTEE
PO BOX 809
ORANGE, CA 92856

SUNTRUST
800-786-8787

64-79 / 611

0301079

Jul 24, 2011

VOID 90 DAYS FROM DATE

*******$113.61

PAY   One Hundred Thirteen And 61/ 100 Dollars

TO THE ORDER OF   U.S. BANKRUTCY COURT (FISCAL DEPT.)
255 E. TEMPLE STREET
LOS ANGELES, CA 90012

⑈0301079⑈ ⑆061100790⑆ 000000575186 2⑈