Amrane Cohen, Chapter 13 Trustee
770 The City Drive South, Suite 3300
Orange, CA 92868
Phone (714) 621-0200
Fax   (714) 621-0277

# United States Bankruptcy Court
# Central District of California

|  |  |
|---|---|
|  | ) Chapter 13 |
| RICHARD W THOMPSON | ) Case No.: 8:06-bk-10242-RK |
|  | ) **NOTICE OF UNCLAIMED DIVIDEND** |
|  | ) **(Bankruptcy Rule 3011)** |

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

Please find annexed hereto Check No. **301081** in the sum of **$69.77** representing an unclaimed dividend in the above-entitled Debtor's estate. Said sum is paid over to you pursuant to Bankruptcy Rule 3011 .  The name and address of the party entitled to said unclaimed dividend is as follows:

    ROBERT J COLCLOUGH
    LAW OFFICES
    7120 HAYVENGURST AVE STE 206
    VAN NUYS, CA 92702

Date: September 10, 2011          __/S/_____
                                  Amrane Cohen, Chapter 13 Standing Trustee

1

| Case No. | Debtor Name(s) | | Payment Amount | Interest Payment | Principal Payment |
|---|---|---|---|---|---|
| 0610242 | RICHARD W THOMPSON<br>ACCT: 79375 | Claim: 00014<br>XXX-XX-9079 | 69.77 | 0.00 | 69.77 |
| | | TOTALS | 69.77 | 0.00 | 69.77 |

RICHARD W THOMPSON

BALANCE:                 [0.00  33/00014]
SSN: XXX-XX-9079    SSN:
ACCT: 79375               CASE: 0610242
PRINCIPAL:       69.77   INTEREST:       0.00

---

DO NOT ACCEPT THIS CHECK UNLESS YOU CAN SEE A DUAL-TONE TRUE WATERMARK THAT APPEARS AS CONNECTING PENTAGONS WHEN HELD TO THE LIGHT AND "AMRANE COHEN" APPEARS WHEN VIEWED AT AN ANGLE.

AMRANE COHEN
CHAPTER 13 TRUSTEE
CHAPTER 13 TRUSTEE
PO BOX 809
ORANGE, CA  92856

SUNTRUST
800-786-8787

64-79 / 611

0301081

Jul 24, 2011

VOID 90 DAYS FROM DATE

********$69.77

**PAY**    Sixty Nine And 77 / 100 Dollars

**TO THE ORDER OF**    U.S. BANKRUTCY COURT (FISCAL DEPT.)
255 E. TEMPLE STREET
LOS ANGELES, CA  90012

⑈0301081⑈  ⑆061100790⑆ 000000575186 2⑈

THE FACE OF THIS CHECK HAS A BLUE BACKGROUND – ANY OTHER COLORS MAY BE EVIDENCE OF CHEMICAL ALTERATION OR ERASURE – SEE REVERSE SIDE FOR MORE SAFETY FEATURES.